JOHN HANCOCK MUTUAL LIFE INSURANCE CO. *v.* HILL'S ESTATE.

108 129
154 141

CERTIORARI—WHEN LIES.

    *Certiorari* will not lie to review a judgment of the circuit court allowing a contingent claim against the estate of a deceased person upon an appeal taken from the probate court, writ of error being the proper remedy.

*Certiorari* to Wayne; Donovan, J. Submitted December 5, 1895. Decided December 30, 1895.

The John Hancock Mutual Life Insurance Company had judgment upon a contingent claim against the estate of William R. Hill, deceased, and Elmira Bement, an heir of the deceased, brings *certiorari*. Writ dismissed.

*T. M. Crocker*, for plaintiff in *certiorari*.

*Alfred Russell*, for defendant in *certiorari*.

GRANT, J. This involves the same facts and the same questions as the preceding case. It is brought into this court by the writ of *certiorari* by another heir appellant.

We held in *John Hancock, etc., Ins. Co. v. Durfee*, 97 Mich. 613, that a writ of error was the proper remedy. The writ must therefore be dismissed, with costs.

The other Justices concurred.